UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

LUIS MIGUEL SILVA JORGE #A221-492-991       CASE NO.  3:26-CV-01190 SEC P

VERSUS                                                                    JUDGE DAVID C. JOSEPH

TODD BLANCHE ET AL                                           MAGISTRATE JUDGE CAROL B.
                                                                                  WHITEHURST

## MEMORANDUM ORDER

Before the court is a petition for writ of habeas corpus filed on April 14, 2026.  Upon review

of the record, the Court finds that the plaintiff's suit is not in proper form for the following reasons:

The plaintiff failed to sign the petition.  **Plaintiff must provide a signed original petition.**

In accordance with the above,

**IT IS HEREBY ORDERED** that plaintiff, within thirty (30) days of the date of this order,

amend the pleadings by submitting the information indicated above to the following address: **Clerk of**

**Court, 300 Fannin Street, Suite 1167, Shreveport, LA 71101-3083.**

**FAILURE TO AMEND THE PLEADINGS AS INDICATED ABOVE WILL RESULT IN THE PLEADINGS IN THE INSTANT PETITION BEING STRICKEN FROM THE RECORD.**

THUS DONE in Chambers on this ___15th___ day of _____April_____, 2026.

_____
Carol B. Whitehurst
United States Magistrate Judge

w/Enclosures to plaintiff: Doc 1 Petition (Signature Page)